**STATE of Missouri, Respondent,**

v.

**John A. HALL, Appellant.**

**Nos. WD 50734, WD 52284.**

Missouri Court of Appeals,
Western District.

Feb. 18, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

### *ORDER*

PER CURIAM.

Mr. Hall appeals his conviction of one count of the class D felony of sexual abuse in the first degree, for which he was charged as a prior offender and sentenced to five years imprisonment. This appeal is consolidated

pursuant to the denial of his Rule 29.15 motion. Judgment affirmed. Rule 30.25(b).